### Abraham L. Brain v. Rodelicks and Shivers.

IN this cause, it was necessary to examine a witness in the *Havanna ;* and, as that port was open only to certain privileged vessels, in *April,* 1802, a

---

rule for a commission was granted before issue join- ed, to prevent losing an opportunity of transmission which then presented itself. No return having been made, the cause was noticed for trial for the last sittings in *March*, 1803, when the defendant's attorney, seeing some witnesses in the court, whose absence, he feared, might delay the cause after the return of the commission, appeared, and examined them; stating, however, the circumstances of his case, and that he begged to be considered as acting without prejudice to his future rights. He now moved to set aside the verdict, with costs; the plaintiff having proceeded to trial, without vacating the rule for the commission.

*Per Curiam.* When a rule for a commission has been obtained, it suspends the cause till, on application to the court, a *vacatur* be ordered and entered. But, if the defendant appear, and examine witnesses, it is a waiver of his commission, and the *vacatur* is unnecessary. The motion must be refused.